USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Kymahli Lysius,

                Defendant.

21-cr-25 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    An initial conference in this matter is hereby set for February 25, 2021, at 11:00 a.m. Defense counsel has informed the Court that a videoconference may not be reasonably available to the Defendant and that the Defendant therefore prefers to proceed by phone. The Court will thus conduct the conference by AT&T teleconference. The parties and members of the public may access the proceeding on February 25, 2021, at 11:00 a.m. by dialing (888) 363-4749 and entering access code 919-6964. The Court reminds counsel that the Court will set a motions schedule and a firm trial date at the initial conference.

    If the Defendant is prepared to waive his right to physical presence at the proceeding, defense counsel should complete and return the attached waiver of physical presence at least twenty-four hours prior to the proceeding. Defense counsel may sign the waiver on the Defendant's behalf if authorized by the Defendant to do so.

    SO ORDERED.

Dated: January 15, 2021
       New York, New York

                                            ALISON J. NATHAN
                                          United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

                    -v-

Kymahli Lysius,
                                        Defendant.
----------------------------------------------------------------X
```

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

21-cr-25 (AJN)

**Check Proceeding that Applies**

_____   Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:       _____
            Signature of Defendant


            _____
            Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:       _____
            Signature of Defense Counsel


            _____
            Print Name

2

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:          _____
               Signature of Defense Counsel


**Accepted:**   _____
               Signature of Judge
               Date: