UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  44714243
```

United States of America,

           –v–

Kymahli Lysius,

           Defendant.

21-cr-25 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Consistent with the discussion during the initial conference held today, February 25, 2021, it is ORDERED that:

1. The Government shall complete its remaining discovery within one week.

2. Defense motions shall be due June 14, 2021.  The Government's responses shall be due June 28, 2021.  Defense replies shall be due July 5, 2021.

3. A jury trial is set to begin January 10, 2022, for one week.  If the District is still using a centralized calendaring process for trial scheduling at that time, the Court will request this trial date and will inform the parties once the trial date is confirmed.

4. Time is excluded under the Speedy Trial Act from February 25, 2021, to June 14, 2021, to allow defense counsel time to review discovery and prepare any pretrial motions and to allow the parties time to consider negotiating a disposition.

      SO ORDERED.

Dated: February 25, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge