# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th
Tel: (212)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2021

David E. Patton
Executive Director
and Attorney-in-Chief

Jennifer L. Brown
Attorney-in-Charge

March 31, 2021

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED.
*[signature]*
4/1/2021
ALISON J. NATHAN, U.S.D.J.

Re:   **United States v. Kymahli Lysius**
      21 Cr. 25 (AJN)

SO ORDERED.

Dear Judge Nathan:

With the consent of the government and Pretrial Services, I respectfully write on behalf of my client, Kymahli Lysius, to request that he be given permission to move from his current residence to a new apartment in Brooklyn, New York. Mr. Lysius currently lives with his aunt but she is moving, and Mr. Lysius must vacate her apartment. He and his family have secured a new apartment for him in Brooklyn. Mr. Lysius has provided all of the details regarding the proposed new residence to his pretrial officer, who consents to Mr. Lysius's relocations, as does the government.

Respectfully submitted,
/s/
Julia Gatto
Assistant Federal Defender

cc:   AUSA Sarah Kushner (via ECF)
      USPT Mohammed Ahmed (via email)