UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Kymahli Lysius,

        Defendant.

21-cr-25 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A hearing on the Government's motion to revoke the Defendant's bail is set for June 29, 2021, at 2:00 p.m. The proceeding will be conducted in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: June 21, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge