UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/22/2021
```

United States of America,

–v–

Kymahli Lysius,

        Defendant.

21-cr-25 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On February 25, 2021, the Court set a trial date in this matter for January 10, 2022. Dkt. No. 15.  If the District is still using a centralized calendaring process for trial scheduling at that time, the Court will request this trial date and will inform the parties once the trial date is confirmed.  Otherwise, trial will proceed on January 10, 2022.

In light of this trial date, it is hereby ORDERED that the parties shall appear for a final pretrial conference on January 3, 2022 at 2:00 p.m., in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

IT IS FURTHER ORDERED that on or before December 23, 2021, the parties shall submit: (1) an agreed upon 1-2 paragraph description of the case to be read to potential jurors during voir dire; (2) any voir dire requests; and (3) any requests to charge.  With respect to requests to charge, the parties shall indicate whether the request is made jointly and, if not, whether a party objects to a particular request.  Any party objecting to a request shall indicate the legal basis for their objection.

IT IS FURTHER ORDERED that any 404(b) motions and motions in limine shall be filed by December 9, 2021.  Opposition papers, if any, shall be filed by December 23, 2021 and

replies, if any, shall be filed by December 30, 2021.

IT IS FINALLY ORDERED that the parties shall promptly inform the Court if they determine that the case can be resolved by pretrial disposition so that the Court can make the required arrangements.

SO ORDERED.

Dated: June 22, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge