USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/4243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kymahli Lysius,

        Defendant.

21-cr-25 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will conduct a bail review hearing on July 19, 2021, at 1:30 p.m. in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: July 13, 2021
      New York, New York

                            ALISON J. NATHAN
                            United States District Judge