

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/21
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2021

**BY ECF**
The Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Kymahli Lysius*, 21 Cr. 25 (AJN)

Dear Judge Nathan:

    The Government writes to respectfully request that the Court so order that Kassaundra Olivia Surgener, the defendant's cousin, may be substituted for Dianna Lysius, one of the initial co-signers on the defendant's appearance bond. As background, on January 4, 2021, the defendant was presented and ordered released on a bond that required, among other things, three financially responsible co-signers. Ms. Lysius was an initial co-signer, but in February 2021, the defendant, with the Government's consent, sought to substitute that co-signer for Ms. Surgener. A representative of the U.S. Attorney's Office interviewed Ms. Surgener, and approved her as an appropriate co-signer for the bond. ==The parties now respectfully request that the Court formally so order this substitution.==

SO ORDERED.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Sara

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
9/9/21

Assistant United States Attorney
(212) 637-2676

cc:   Julia Gatto, Esq. (by ECF)