

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/21

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 5, 2021

**BY ECF**
The Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Kymahli Lysius*, 21 Cr. 25 (AJN)

Dear Judge Nathan:

    Pursuant to the Court's oral order at the conference held in this case on July 19, 2021, the Government respectfully submits this letter to provide an update as to the status of the state case against the defendant. Based on conversations with the prosecutor in the state case, it is the Government's understanding that the state case has been dismissed because the complainant was not cooperative. Accordingly, the Government does not intend to seek revocation of the defendant's bail at this time, and respectfully requests that the bail hearing currently scheduled for October 12, 2021, at 2:00 p.m. be cancelled. The defendant consents to this request.

                        SO ORDERED.

                                                Respectfully submitted,

                                                AUDREY STRAUSS
                                                United States Attorney

                                by: _____
                                                Sarah L. Kushner
                                                Assistant United States Attorney
                                                (212) 637-2676

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
10/6/21

    cc:    Julia Gatto, Esq. (by ECF)