UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Kymahli Lysius,

                Defendant.

21-cr-25 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 25, 2021, the Court tentatively scheduled trial in this matter to commence on January 10, 2022. Dkt. No. 15. It appears now that the Court will still be on trial in another matter on that date. Accordingly, trial in this matter must be rescheduled. For all jury trials to take place in the first quarter of 2022, the Court is required, under the District's centralized calendaring process pursuant to the COVID protocols, to submit its request for a trial commencement date by November 15, 2021.

    The parties are ordered to meet and confer on alternative trial dates and to file a joint letter by November 5, 2021. The Court is available for a 5-day trial that starts January 31, 2022. The Court is next available for a trial that begins March 28, 2022.

    The Court does not intend to modify the schedule for filing pretrial motions.

SO ORDERED.

Dated: October 29, 2021
       New York, New York

                                      ALISON J. NATHAN
                                     United States District Judge