**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22

January 11, 2022

**BY ECF AND EMAIL**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Kymahli Lysius**
      **21 Cr. 25 (AJN)**

Dear Judge Nathan:

      With the consent of Pretrial services and the government, I write to seek three modifications to the conditions of Mr. Lysius bail: First, we ask that the Court grant Mr. Lysius leave from his house arrest so that he may attend a job interview tomorrow morning. The details of the interview have been provided to Pretrial Services. Second, we ask that Pretrial Services have the discretion, without Court intervention, to approve leave for any other job interviews Mr. Lysius schedules in the future. Third, based on his last job interview, Mr. Lysius has secured employment four days a week, beginning next Monday 1/17/22. In order to be able to take the job, we ask that the Court reduce Mr. Lysius's level of supervision from house arrest (which prohibits leave for work) to home detention (which permits leave for work). Mr. Lysius will provide Pretrial Services documentation and proof of his employment and hours.

Respectfully submitted,
/s/ Julia Gatto
Julia Gatto
Assistant Federal Defender

cc:   AUSA Sarah Kushner (via ECF)
      USPT John Moscato (via email)

*[Signature]*
1/11/22
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.