**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/22

January 12, 2022

**BY ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Kymahli Lysius**
      **21 Cr. 25 (AJN)**

Dear Judge Nathan:

      Yesterday, the Court endorsed Mr. Lysius's request to modify his bail conditions to permit him to work, beginning next Monday. While reviewing the details of his new job, Pretrial Services and I discovered that, in order to work, Mr. Lysius's current travel restrictions will have to be extended to include New Jersey where his employment is located. Accordingly, I write to ask for a modification to the conditions of Mr. Lysius bail so that he is permitted to travel to New Jersey for the purpose of employment.

Respectfully submitted,
/s/ Julia Gatto
Julia Gatto
Assistant Federal Defender

SO ORDERED.
*[signature]*
ALISON J. NATHAN, U.S.D.J.
1/12/22

cc:   AUSA Sarah Kushner (via ECF)
      USPT John Moscato (via email)