

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/22
```

November 30, 2021

**BY ECF**
The Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *United States v. Kymahli Lysius*, 21 Cr. 25 (AJN)

Dear Judge Nathan:

      The parties have reached a pretrial resolution of this matter, and respectfully submit this joint letter to request that the Court schedule a plea proceeding. The parties are available for a plea proceeding on the following dates: (1) December 13, 2021, before 12:00 p.m.; (2) December 14, 2021; (3) December 20, 2021; and (4) December 21, 2021, before 11:00 a.m. The parties understand that there is currently a trial before Your Honor. The parties can provide January 2022 dates if none of the above dates work for the Court. The Government notes that, pursuant to the Court's prior order, dated November 4, 2021 (Doc. No. 40), time is currently excluded through March 28, 2022, when trial was scheduled to begin in this case.

> The Court will conduct a plea proceeding in this matter on February 9, 2022, at 10:00 a.m. in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.
>
> SO ORDERED.  *[signature: Alison J. Nathan]*
> 1/25/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *[signature]*
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

    cc:   Julia Gatto, Esq. (by ECF)