**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/22

February 8, 2022

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Kymahli Lysius**
      **21 Cr. 25 (AJN)**

Dear Judge Nathan:

With the consent of the government and to accommodate my work schedule, I write to respectfully ask that Mr. Lysius's change of plea hearing be adjourned from February 9, 2022 to February 14, 2022 at 10 a.m.

Thank you.

Respectfully submitted,
/s/ Julia Gatto
Julia Gatto
Assistant Federal Defender

SO ORDERED.   2/8/22
ALISON J. NATHAN, U.S.D.J.

cc:   AUSA Sarah Kushner (via ECF)
      USPT John Moscato (via email)