UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :       21 CR 00025 (AJN)
:
                -v-                                  :       ORDER
:
:
KYMAHLI LYSIUS,                                      :
                    Defendant.                       :
:
-----------------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

For the reasons set forth on the record on Monday, February 14, 2022 it is hereby

ORDERED that the defendant, Kymahli Lysius, he is remanded to the custody of the

United States Marshal's Service.


Dated:   February 14, 2022
         New York, New York

                                                     _____
                                                     ALISON J. NATHAN
                                                     United States District Judge

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2/14/2022