UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                             21 CR 25 (PKC)

            -against-                                                             <u>ORDER</u>

KYMALI LYSIUS,

                              Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The TIME of the sentencing scheduled on June 15, 2022 is moved to 2:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

       SO ORDERED.

                                                                                 P. Kevin Castel
                                                               United States District Judge

Dated: New York, New York
       April 7, 2022